IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MARINA N. TODD, individually and as representative of the ESTATE OF CORON DAVON TODD, deceased, and as legal guardian of J.L.T., a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>LOENBRO PIPELINE, LLC; ROOSEVELT R. CEDENO-ZAMBRANO, and Jane Doe Cedeno-Zambrano, as husband and wife, and the marital community thereof and JOHN/JANE DOE individuals or entities 1–4,<br><br>Defendants. | CV-21-41-GF-BMM<br><br>Order |

Defendant Roosevelt R. Cedeno-Zambrano ("Cedeno-Zambrano") filed a Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 2) in this matter on April 21, 2021. Plaintiffs subsequently filed on May 17, 2021, a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). (Doc. 11). In the Notice, Plaintiffs agree to dismiss their action against Defendant Cedeno-Zambrano without prejudice. *Id.* Defendant Cedeno-Zambrano has not yet filed an answer or motion for summary judgment in this action. *Id.*; Fed. R. Civ. P. 41(a)(1)(A)(i) (providing

that a plaintiff may dismiss an action without a court order where the defendant has not yet served an answer or motion for summary judgment).

Plaintiffs' dismissal of their claims against Defendant Cedeno-Zambrano obviates the latter's requested relief in his Motion to Dismiss for Lack of Personal Jurisdiction. (Doc. 2).

Accordingly, **IT IS ORDERED** that Defendant Cedeno-Zambrano's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 2) is **DENIED** as moot.

DATED this 18th day of May, 2021.

_____
Brian Morris, Chief District Judge
United States District Court