IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MARINA N. TODD, individually and as representative of the ESTATE OF CORON DAVON TODD, deceased and as legal guardian of J.L.T., a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>LOENBRO PIPELINE, LLC and JOHN/JANE DOE individuals or entities 1-4,<br><br>Defendants. | CV-21-41-GF-BMM<br><br>**ORDER VACATING HEARING AND TRIAL** |

Upon reading and filing of the parties' Joint Notice of Settlement and Consent to Vacate Hearing on April 3 and good cause appearing, IT IS HEREBY ORDERED that the hearing set for April 3, 2023, the Trial set for June 5, 2023 and all related deadlines are hereby VACATED. The parties will file a joint motion to dismiss and proposed order on or before May 1, 2023.

DATED this 31st day of March, 2023.

_/s/ Brian Morris_____
Brian Morris, Chief District Judge
United States District Court